

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00707-CV

**IN THE INTEREST OF J.W.S.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01875
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellants are indigent, no costs of this appeal are assessed.

SIGNED April 13, 2016.

Luz Elena D. Chapa, Justice